JS-6

# UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROGELIO AVILES, an individual, and CLAUDIA AVILES, an individual,<br><br>Plaintiffs,<br><br>v.<br><br>THOR MOTOR COACH, INC., A Delaware Corporation; and DOES 1 through 20, inclusive,<br><br>Defendants. | Case No. 5:25-cv-01132-JWH-SHKx<br><br>**JUDGMENT** |

Pursuant to the Scheduling Notice and Order [ECF No. 28] entered on or about April 24, 2026, and in accordance with Rules 41(b) and 58 of the Federal Rules of Civil Procedure,

It is hereby **ORDERED**, **ADJUDGED**, and **DECREED** as follows:

1.	This action, including all claims asserted herein, is **DISMISSED**.

2.	To the extent that any party requests any other form of relief, such request is **DENIED**.

**IT IS SO ORDERED.**

Dated:    May 28, 2026

John W. Holcomb
UNITED STATES DISTRICT JUDGE

-2-